# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CHAD CLEMMONS**                                                                          **PLAINTIFF**

**v.**                                              **4:08CV04178-WRW**

**IRBY, Corporal, Faulkner County Detention
Center; CRIDER, Corporal, Faulkner County
Detention Center; FORD, Officer, Faulkner
County Detention Center; and JACOBS, Officer,
Faulkner County Detention Center**                                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition are approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and all pending Motions are DENIED AS MOOT. Further, the Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 2nd day of April, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE