# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHAD CLEMMONS**                                                                                            **PLAINTIFF**

v.                                          4:08CV04178-WRW

**IRBY, Corporal, Faulkner County Detention Center; CRIDER, Corporal, Faulkner County Detention Center; FORD, Officer, Faulkner County Detention Center; and JACOBS, Officer, Faulkner County Detention Center**                     **DEFENDANTS**

## JUDGMENT

Based on the Order filed this date, Judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 2nd day of April, 2009.

                                                                                /s/Wm. R. Wilson, Jr.
                                                       UNITED STATES DISTRICT JUDGE